24-02680MB (BGM)

## AFFIDAVIT

I, Brent Robinson, Special Agent of the United States Department of Agriculture, United States Forest Service assigned to the Coronado National Forest, Tucson, Arizona, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your affiant makes this Affidavit in support of an application for a search warrant for the residence of suspect Leo REYNOSO (hereinafter referred to as REYNOSO) which premises are located at 14045 E. Camino Cartamo, Tucson, AZ. The location to be searched is described in the following paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant for the items and evidence further described in Attachment B.

2. I am a Criminal Investigator (Special Agent) for the United States Forest Service (USFS). I have been a law enforcement officer (LEO) since May of 2005 and a Criminal Investigator since 2010. Before becoming an LEO, I served as a Judge Advocate General in the U.S. Army for eight years. I received a Juris Doctorate Degree and Bachelor of Science Degree in Regional Development from the University of Arizona. I am a graduate of the Natural Resources Police Training Program (2005) and the Criminal Investigator Training Program (2011) at the Federal Law Enforcement Training Center, Glynco, Georgia, where I studied many topics including criminal investigation, surveillance and undercover techniques, Constitutional and criminal law, search and seizure, and other laws and enforcement techniques. My primary responsibility is to investigate violations of federal and state laws within the jurisdiction

of the United State Forest Service. I have received formal and on the job training in Archaeological Resource Protection Act (ARPA) crimes, computer evidence identification, telephone data recovery and analysis, and computer evidence seizure and processing. In the course of various federal investigations, I have utilized search warrants to search homes, vehicles, and cellular phones. I have been involved in investigations which have included participation in searches and seizures, the arrests and interviews of subjects in said investigations, and the forensic examination of digital evidence obtained in said investigations. I have investigated several archaeological crimes cases and executed search warrants in those cases.

3.  The facts contained in this Affidavit are based in part on information gathered by your Affiant and other law enforcement officers, either directly or indirectly through their reports or affidavits, previously seized electronic evidence, and surveillance conducted by law enforcement officers. Your Affiant also relies on his own experience, training, and background in evaluating this information. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.  Based on the facts set forth in this Affidavit, your Affiant submits there is probable cause to believe that violations of 16 U.S. Code § 470ee and/ or 18 U.S. Code §1361, Archaeological Removal / Trafficking from Public Lands, and Damage / Depredation of Government Property have been committed by Leo REYNOSO, the resident of the home, and the owner of the vehicles to be searched, as described in Attachment A.

There is also probable cause to search the property described in the Attachment A for evidence of these crimes further described herein in Attachment B.

## PROBABLE CAUSE

5.  The United States is investigating the unauthorized digging and disturbing of historical items located on lands administered by both the USDA Forest Service and the Gila River Indian Community in the District of Arizona. The investigation concerns possible violations of, inter alia, 16 U.S. Code § 470ee and/ or 18 U.S. Code §1361.

6.  Between March 9-24, 2023, the Dragoon Springs Butterfield Stage Historical Site, a protected 1860's historical site located on the Coronado National Forest, Arizona, was discovered looted and damaged by what is believed to be a suspect(s) with metal detecting devices. The Coronado National Forest archaeologists were consulted and did an initial damage assessment which documented over 400 small dug holes in the earth on this one-acre site. The holes range in depth from a few inches to nearly one foot and with diameters ranging from one-inch to 12 inches; the pattern, size, number, and spread of these holes in the site appeared to be the work of metal detectorists according to the background, knowledge, education, and experience of the archaeologists. The historical site is the place of the Butterfield Mail stage stop (1858-1861), U.S. Army outpost during the Civil and Indian Wars (1861-1883), and other Old West expansionism and development. The site had been documented to have been the location of gun battles, murders, commerce, and trade amongst the Apache, Mexicans, and Americans. The area abounds in historical metal and non-metal items of interest

3

and value.

7. During investigation of the metal detecting disturbance to the site, your affiant, United States Forest Service Special Agent (USFS SA) Brent Robinson was given a tip that there was an individual on a community Facebook page for metal detecting hobbyists in Arizona ("Metal Detecting ARIZONA") claiming to have been near Dragoon and "old stage stops / stores / ferrys" [*sic*] in March-April 2023, displaying his "finds," and asking for help identifying the items.  USFS SA Robinson visited and viewed the Facebook posts to confirm and verify the information and noted numerous artifacts from the time periods previously described associated with the Dragoon Springs Butterfield Stage site on National Forest lands.  These items included 1800's shell casings, bullets and other projectiles, military buttons, jewelry, rank insignia, and other items.  Facebook posts were observed dated from as early as Aug 4, 2022, stating that "OEL OSONYER" had been in settlements near Dragoon, AZ and searching with his metal detector.

8. The Facebook post was attributed to username "OEL OSONYER." However, USFS SA Robinson was able to determine that the suspect had made earlier posts with what appeared to be his real name, "Leo REYNOSO," a reverse of the letters that make up "OEL OSONYER."  In a June 2022 Facebook post, REYNOSO described himself as new to Arizona, very interested in metal detecting, and looking to get out to ghost towns, abandoned mines, and places with some history.

9. REYNOSO became a person of interest in the Dragoon Springs Butterfield Stage stop

looting and thefts. USFS SA Robinson continued to watch the Facebook groups for additional posts. There were no more visible posts until December 30, 2023, when REYNOSO posted photos of additional artifact finds at "Two different Butterfield Stage Stops, one used by the Army during the Indian Wars." According to archeology experts, the only two Butterfield Stage Stops that were fortified to be used by the U.S. Army were both on federally administered lands, Dragoon Springs or Ft. Bowie (Apache Pass), a National Historic Site. REYNOSO posted images of items he found: period coinage (1864) and pioneer-era U.S. Army insignia, along with ammunition remnants.

10. REYNOSO posted again between January 4-27, 2024, that he was back out at a "stage stop"[1] and showed more artifacts of the 1860-1880 era, including an 1835 dime and an 1850 San Francisco trade token.

11. USFS SA Robinson also identified that REYNOSO was a member of a local metal detecting club ("Detectors Unlimited"). A review of the bylaws of the club state that members would not trespass nor detect in areas where the activity would be unlawful

---

1. [1] The affiant notes that not every Butterfield Stage stop is on public land. Some stops are on private/state lands, some are on tribal lands (Gila River Indian Community), and some have been destroyed by natural events (flooding) and their exact locations are not discernable any longer.

according to local, state or federal laws or rules.

12. On February 22, 2024, USFS SA Robinson interviewed Bob Olender (OLENDER), then-president of Detectors Unlimited. OLENDER stated that he had metal detected with REYNOSO before, and that REYNOSO had mentioned he was going to historical Butterfield Stage stops to hunt artifacts. OLENDER stated that REYNOSO had previously received a ticket from a local Native American tribal police force for trespassing and using a metal detector on tribal lands. OLENDER also provided the phone number he had for REYNOSO (831-596-4070 – the cellular phone number used to search/seize location information in a previously served ATT search warrant) to arrange trips. OLENDER also explained that REYNOSO stated he would sometimes metal detect at night, park his vehicle a distance from the sites, and ride a bike to the sites to avoid detection and identification. OELNDER told REYNOSO that he was being "stupid" and that he had given REYNOSO the metal detecting club bylaws which put him on notice of which activities were illegal.

13. USFS SA Robinson used open source, law enforcement databases, and vehicle registration data to identify the residence of Leo REYNOSO. Although REYNOSO's drivers license listed a residence at 60 West Stone Loop in Tucson, AZ, other data placed his residence at 14045 E. Camino Cartamo, Tucson, AZ. USFS SA Robinson went to that address and verified the presence of the 2007 red Ford Ranger and the 2003 maroon Jeep Liberty that are both registered to REYNOSO at that address. USFS SA Robinson also noted Facebook photos posted by REYNOSO of events occurring

outside his home which matched the desert and surroundings of this unique property. USFS SA Robinson has verified the same previously described vehicles continue to be present at the residence.

14. USFS SA Robinson confirmed that REYNOSO was cited for trespass and metal detecting by the Gila River Indian Community (Sacaton, AZ). On October 23, 2022, REYNOSO was given a ticket (#22-067133) by Officer Eric Roland. REYNOSO was driving a 2007 red Ford Ranger (VIN# 1FTYR44U17PA50887) with then-California plates, but now currently plated in Arizona with personalized plate "RLCHNTR" (believe to be short for "Relic Hunter"). A review of the Body-Worn Camera footage of that contact documents Officer E. Roland explaining to REYNOSO that he was on tribal lands, that it was illegal to trespass and use a metal detector and explaining the boundaries of the tribal lands based upon the visible mountain ranges at the cardinal points (N-S-E-W). REYNOSO is not a tribal community member. It should be noted that REYNOSO later posted a picture on Facebook on February 21, 2024, of the $1500 cash he received for selling a "Sacaton Traders Token" to a private collector (these trading tokens were utilized at a trading post from the 1860-80's on the lands now administered by the Gila River Indian Community).

15. USFS SA Robinson served a §2703(d) Federal Judicial Order on Meta Platforms, Inc., on March 18, 2024, for subscriber data for the account of "Oel Osonyer". Meta Platforms, Inc., returned data for the account referenced above (#1115391392 with user vanity name "leo.reynoso.756"). Account data showed the listed subscriber as "Oel

Osonyer" which is the reverse spelling of "Leo Reynoso". It also listed the registered email address associated with the Facebook account as lreynoso1979@gmail.com. The subscriber data also listed an associated phone number of (+1 831-596-4070) which was identified by witness OLENDER as REYNOSO's number. This phone number was also identified to REYNOSO through other databases and sources of information.

16. USFS SA Robinson served a §2703d Federal Judicial Order on ATT Mobility for subscriber information for the cellular number affiliated with REYNOSO. ATT Mobility responded with subscriber information indicating that the cellular number was attached to another individual as the "financial liable party" for the account. This individual was listed as Amos M. Rubio of Hollister, CA. The cellular number was one of a few numbers assigned to that account (#436033316823), including another cellular number (831-637-3910) assigned as the contact number for the account. The cellular number attributed to REYNOSO is listed to the account since 12/26/2005 and is not listed in REYNOSO's name directly. ATT Mobility provided that the device is listed as having SIM Card #89014103273472076961 and IMEI# 358838235560670. It should further be noted that the previously served Google, Inc., §2703d Federal Judicial Order return listed the same IMEI# 358838235560670 as the device identification attached to lreynoso1979@gmail.com account registered in REYNOSO's name and , a make / model of the cellular phone as a Samsung Android SM-G715A.

17. A search of residential documents shows that Amos Rubio and Leo REYNOSO are both associated with the same address in Hollister, CA (1091 Powell St.), and that Amos

Rubio is 93 years old while Leo REYNOSO is 44 years old.  It appears that Amos Rubio is related to REYNOSO.  The connection of the two on the same mobile phone account could be attributed to a "family plan" or "family share" line of service over the last 19 years.

18. On May 10, 2024, Meta Platforms, Inc., returned data requested in a search warrant issued April 30, 2024.   This data referenced Leo REYNOSO conducting metal detecting activities, and artifact collection and sales, at locations of the Butterfield Overland Mail route stage stops in Southern and Central Arizona, and other historical sites located on the Gila River Indian Community.  These locations are on either Federal or Tribal land, thus making their disturbance and collection or artifacts unlawful under 16 U.S.C. § 470ee.  REYNOSO posted photos of recovered historical artifacts (listed as "frontier / pioneer era") in his possession and displayed in his house at 14045 E. Camino Cartamo, Tucson, AZ, based upon the GPS location attached to the photo metadata.  REYNOSO posted photos and statements claiming to have dug up and recovered several valuable Sacaton Indian Trade tokens from the mid-1800's and selling them for almost $8500 in cash, gold, and silver to a coin dealer in Oro Valley, AZ.  REYNOSO also made online statements in the Summer of 2023 that he was "hunting Indian trading posts at night" and had "pulled out some rare tokens that I sold to Peter Spooner and got $3000 worth of gold and silver (coins) from him." According to historians and archaeologists employed by the Gila River Tribal Historical Preservation Office, these tokens are almost exclusively found on the Gila River

Community Indian Tribal lands, especially tokens that are dug up from the ground and encrusted with mineralization, as shown in the photos REYNOSO posted. Obtained data from the search warrants contained references and inferences to specific date ranges within the past 18 months, when REYNOSO was conducting his illegal activities.

19. USFS SA Robinson has met with law enforcement officers, rangers, and tribal historians and archaeologists of the Gila River Indian Community to share information and coordinate further efforts. The historians were shown pictures obtained from Facebook and confirmed that the artifacts were from the 1800's and were attributed to tribal lands and the Butterfield Stage and expansion era. The trade tokens were verified as only utilized on tribal lands by certain store owners. The Gila River Police Department will work jointly with the USDA Forest Service law enforcement agents to execute this requested search warrant.

20. USFS SA Robinson received GPS cellular phone location data information from the ATT Mobility search warrant which documented REYNOSO'S location at Butterfield Stage locations on the Gila River Indian Community tribal lands, as well as other historic locations (ferry sites, abandoned stores, and ruined settlements) on tribal lands. This data showed that the cellular telephone used by REYNOSO left his residence (as described in Appendix A) and travelled to remote locations closed to the public on the Gila River Indian Community where historic sites dating to 1850's – 1880's are located. These dates were January 5-6, 2024 / March 15, 2024 / April 19, 2024 / and May 30-

31, 2024.  From the data provided by ATT Mobility, it appears that REYNOSO lingered at these locations from 2-5 hours.

21.  USFS SA Robinson reviewed the cellular phone location and call record data provided by ATT Mobility and verified that the cellular phone location was consistent with REYNOSO residing at 14045 E. Camino Cartamo, Tucson, AZ, and his place of employment at the Sierrita Mine Complex, Green Valley, AZ.  Thus, the cellular phone location data was consistent with the pattern of life and movement of REYNOSO going to and from his residence and his work site.  This data helped to give probable cause to believe the cellular phone is consistently in the possession of REYNOSO and that he was physically at off-limits historical sites on the Gila River Indian Community.

22.  Based upon my experience, training, and shared experience of other investigators, I, USFS SA Robinson have knowledge that people engaged in illegal digging and removal of historical artifacts on public and tribal lands will keep the recovered relics and artifacts in their possession.   They will retain these illegally removed artifacts as memorials, trophies, showpieces, or store them in boxes, crates, or other containers. They will keep them in their homes, vehicles, sheds, garages, or storage units. They will frequently photograph their illegally recovered artifacts on their cellular phones, digital cameras, computers, or other digital storage devices located at their residence.  I also know that suspects will sometimes sell their more valuable relics and retain physical or digital proof of the sale and the names of purchasers.  I know that looters will utilize maps, both paper and digital, to find and document their illegal digging /

removing locations.  I know that they will at times keep and use journals, ledgers, and notes, both handwritten and digital, to document their activities and discoveries.  I know that they will have and use books, journals, maps, and online research in order to understand and research the historical locations that they will target, and that all of these items discussed above will be kept at their residence, in their vehicles, or on their mobile phones or digital devices.

23.  Based upon the statements, pictures, and social media posts on Facebook by the suspect Leo L. REYNOSO, the information provided by metal detector club president Mr. Olender, and the subscriber information provided from ATT Mobility, Google Inc., and Meta Platforms, Inc., there is probable cause to believe Leo L. REYNOSO has been involved in the illegal digging and removal of historical artifacts on public and tribal lands, the sale and trade of said historical artifacts, or has material knowledge of the violation(s) perpetrated by person(s) unknown. There is probable cause to search REYNOSO'S residence and registered vehicles for evidence of aforementioned crimes. Furthermore, there is probable cause to believe cellular telephone devices currently and previously in the possession of REYNOSO, may contain evidence of REYNOSO'S or other unknown person(s) involvement in said violation(s).

//

//

## AUTHORIZATION REQUEST

24. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41.


Respectfully submitted,


_____
Special Agent Brent Robinson
United States Forest Service


Subscribed and sworn telephonically
to me on September 19, 2024


_____
HONORABLE BRUCE G. MACDONALD
UNITED STATES MAGISTRATE JUDGE

13